MARY H. MULLEN, appellant,

*v.*

MARY SEREFIN MULLEN et al., respondents.

[Argued May term, 1925.  Decided October 19th, 1925.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Fielder, whose opinion is reported in *98 N. J. Eq. 90.*

*Mr. Merritt Lane,* for the appellant. ·

*Messrs. Wall, Haight, Carey & Hartpence,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, MINTURN, KALISH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, KAYS, JJ.   11.

*For reversal*—None.